# EXHIBIT B

```
                     UNITED STATES DISTRICT COURT
                      MIDDLE DISTRICT OF FLORIDA
                          ORLANDO DIVISION

.......................................:
UNITED STATES OF AMERICA,               :
                                        :    Case Number:
     Plaintiff,                         :    6:22-cr-00102-WWB-RMN-1
                                        :
v.                                      :    Orlando, Florida
                                        :    June 22, 2023
                                        :    Volume 3 of 3
                                        :    9:02 A.M. - 9:19 P.M.
BRIAN PATRICK DURNING,                  :
                                        :
     Defendant.                         :
                                        :
.......................................:

              REDACTED TRANSCRIPT OF JURY TRIAL
            BEFORE THE HONORABLE WENDY W. BERGER
                 UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiff:         Michael Felicetta
                           Courtney D. Richardson-Jones
                           U.S. ATTORNEY'S OFFICE
                           400 West Washington Street
                           Suite 3100
                           Orlando, Florida 32801

For the Defendant:         Jeremy Lasnetski
                           LASNETSKI GIHON LAW
                           121 West Forsyth Street
                           Suite 520
                           Jacksonville, Florida 32202


Proceedings recorded by real-time mechanical stenography.
Transcript produced by computer-aided transcription.

              Stenographically reported before:
       Heather Suarez, RDR, CRR, FCRR, FPR-C, WA CCR
                 U.S. Official Court Reporter
          (407) 801-8921 | heathersuarez.usocr@gmail.com
 401 West Central Boulevard, Suite 4600, Orlando, Florida 32801
```

| | |
|---|---|
| 1 | maintain those conditions pending sentencing. |
| 2 | **THE COURT:**  Any further argument from the Government? |
| 3 | **MR. FELICETTA:**  No, Your Honor. |
| 4 | **THE COURT:**  Is he a resident of Orlando or a resident |
| 5 | of California? |
| 6 | **MR. LASNETSKI:**  He is a resident of California, and |
| 7 | he's from Orlando with family in Orlando.  So he's been staying |
| 8 | here with family for a couple of weeks in preparation for this |
| 9 | trial. |
| 10 | **THE COURT:**  Does this count require mandatory remand? |
| 11 | **MR. FELICETTA:**  No, Your Honor.  It's not a mandatory |
| 12 | remand. |
| 13 | **THE COURT:**  What's the -- let me look at the -- |
| 14 | **MR. FELICETTA:**  His guidelines are between three and |
| 15 | four years, I believe, since there's no acceptance of |
| 16 | responsibility. |
| 17 | I could tell you that the defendant has abided by the |
| 18 | terms of pretrial supervision with the exception of one |
| 19 | incident.  There was a violation filed in August of last year. |
| 20 | That violation occurred shortly after he was arrested and |
| 21 | released.  That had to do with an incident in a restaurant |
| 22 | where he apparently consumed too much alcohol and got into a |
| 23 | physical altercation with his then-girlfriend.  The probation |
| 24 | department recommended that they change the conditions from |
| 25 | abstaining from excessive alcohol to no alcohol, and since then |

```
 1    there's been no violations that I've been aware of.
 2              THE COURT:  Okay.  Mr. Durning, the Court is going to
 3    revoke your pretrial release and remand you into custody
 4    pending sentencing.
 5              I'm going to order a presentence investigation report
 6    in your case and set your case for sentencing --
 7              THE COURTROOM DEPUTY:  September 26th at 10:30 A.M.
 8              THE COURT:  -- September 26th at 10:30 A.M.
 9              The Court will be in recess.
10              MR. FELICETTA:  Thank you, Your Honor.
11         (Proceedings concluded at 9:19 P.M.)
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```