# EXHIBIT F

**J.R. KROLL**
SEMINOLE COUNTY TAX COLLECTOR

2023 SEMINOLE COUNTY REAL ESTATE    TAX BILL NUMBER 109333
**NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS**

| PROPERTY I.D. NUMBER | ESCROW CD | | MILLAGE CODE |
|---|---|---|---|
| 03-21-29-501-0A00-0150 | | APPLICABLE VALUES AND EXEMPTIONS BELOW | 01 |

R

DURNING, MARY ANN
107 PRIMROSE DR
LONGWOOD, FL 32779

LOT 15 BLK A THE SPRINGS LIVE OAK
VILLAGE PB 16 PG 16
PAD: 107 PRIMROSE DR

### AD VALOREM TAXES

| TAXING AUTHORITY | MILLAGE RATE (DOLLARS PER $1,000 OF TAXABLE VALUE) | ASSESSED VALUE | EXEMPTION(s) | TAXABLE VALUE | TAXES LEVIED |
|---|---|---|---|---|---|
| COUNTY | 4.8751 | 179,965 | 50,000 | 129,965 | 633.59 |
| FIRE | 2.7649 | 179,965 | 50,000 | 129,965 | 359.34 |
| ROAD | 0.1107 | 179,965 | 50,000 | 129,965 | 14.39 |
| SCHOOL | 5.3780 | 179,965 | 25,000 | 154,965 | 833.40 |
| ST JOHNS WATER MANAGEMENT | 0.1793 | 179,965 | 50,000 | 129,965 | 23.30 |

**PAY ONLINE WWW.SEMINOLECOUNTY.TAX**

| TOTAL MILLAGE | 13.3080 | TOTAL AD VALOREM TAXES | $1,864.02 |
|---|---|---|---|

### NON-AD VALOREM ASSESSMENTS

| LEVYING AUTHORITY | RATE | AMOUNT |
|---|---|---|
| SOLID WASTE MANAGEMENT | VARIES/BU | 305.00 |

| | TOTAL NON-AD VALOREM ASSESSMENTS | $305.00 |
|---|---|---|

| COMBINED TAXES AND ASSESSMENTS | $2,169.02 | See reverse side for important information. |
|---|---|---|

| PAY ONLY ONE AMOUNT | BY AUG 31 0.00 | BY SEP 30 0.00 | | | |
|---|---|---|---|---|---|

PLEASE RETAIN THIS PORTION FOR YOUR RECORDS

---

**J.R. KROLL**
SEMINOLE COUNTY TAX COLLECTOR

2023 SEMINOLE COUNTY REAL ESTATE    TAX BILL NUMBER 109333
**NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS**

| PROPERTY I.D. NUMBER | ESCROW CD | | MILLAGE CODE |
|---|---|---|---|
| 03-21-29-501-0A00-0150 | | APPLICABLE VALUES AND EXEMPTIONS ABOVE | 01 |

PLEASE DETACH AND RETURN THIS ORIGINAL STUB WITH PAYMENT

R

DURNING, MARY ANN
107 PRIMROSE DR
LONGWOOD, FL 32779

LOT 15 BLK A THE SPRINGS LIVE OAK
VILLAGE PB 16 PG 16
PAD: 107 PRIMROSE DR

**FOR PROCESSING PURPOSES, PLEASE DO NOT WRITE ON THIS NOTICE.**
**PAY IN U.S. FUNDS TO J.R. KROLL, SEMINOLE COUNTY TAX COLLECTOR • P.O. BOX 630 • SANFORD, FL 32772-0630**

| PAY ONLY ONE AMOUNT | BY AUG 31 0.00 | BY SEP 30 0.00 | | | |
|---|---|---|---|---|---|

100 0 0002181300 300
PAID: $2,103.95 ON 12/17/2023, Receipt#: 9998-147951051-1570304385