# EXHIBIT G



## Lee County Clerk - Court Records Search

### 22-DR-005179 : DURNING, MARIAN FERNANDES Petitioner vs DURNING, BRIAN PATRICK Respondent

| | | | |
|---|---|---|---|
| Case Type: | Dissolution w/o Children | Date Filed: | 10/11/2022 |
| Location: | Div N | UCN: | 362022DR005179A001CH |
| Judge: | Lee Ann Schreiber | Status: | Disposed |
| Citation Number: | Dissolution w/o Children | Appear By Date: | |

### Parties

| Name | Attorney | Atty Phone |
|---|---|---|
| MARIAN DURNING | | |
| BRIAN DURNING | | |

### Charge Details

| Offense Date | Charge | Plea | Arrest | Disposition |
|---|---|---|---|---|

### Docket Events

| Date | Description | Docket Number | Pages |
|---|---|---|---|
| 10/11/2022 | UCR Case Initiation | 1 | |
| 10/11/2022 | Civil Cover Sheet | 2 | |
| 10/11/2022 | Petition | 3 | |
| 10/11/2022 | Notice of Appearance | 4 | |
| 10/11/2022 | Designation of Email Address | 5 | |
| 10/15/2022 | Notice of Limited Appearance | 7 | |
| 10/15/2022 | Vital Statistics Form | 8 | |
| 10/15/2022 | Consent | 9 | |
| 10/15/2022 | Waiver | 10 | |
| 10/15/2022 | Financial Affidavit | 11 | |
| 10/15/2022 | Financial Affidavit | 12 | |
| 10/15/2022 | Special Interrogatories | 13 | |
| 10/15/2022 | Marital Settlement Agreement | 14 | |
| 10/15/2022 | Drivers License Copy | 15 | |
| 10/15/2022 | Answer w/Notice of Filing | 16 | |
| 10/15/2022 | Notice of Social Security Number (Secured) | 17 | |
| 10/15/2022 | Notice of Social Security Number (Secured) | 18 | |
| 10/17/2022 | Standing Temporary Order for Dissolution of Marriage | 6 | |
| 11/15/2022 | Cover Letter | 20 | |

### Hearings

| Date | Time | Hearing | Location |
|---|---|---|---|

### Financial

| Date | Description | Payer | Amount |
|---|---|---|---|

| Date | Description | Payer | Amount |
|---|---|---|---|
| 10/11/2022 | Charge | MARIAN FERNANDES DURNING | 408.00 |
| 10/11/2022 | Payment | MARIAN FERNANDES DURNING | 408.00 |
| 12/21/2022 | Charge | MARIAN FERNANDES DURNING | 10.50 |
| 12/21/2022 | Adjustment | MARIAN FERNANDES DURNING | 0.00 |
| 12/21/2022 | Adjustment | MARIAN FERNANDES DURNING | -10.50 |
| | | Balance Due: | 0.00 |

| Bonds ||||
|---|---|---|---|
| Description | Status Date | Bond Status | Amount |

| Warrants ||||||
|---|---|---|---|---|---|
| Number | Status Description | Issue Date | Service Date | Recall Date | Expiration Date | Warrant Type |