# EXHIBIT I

From,
Marian Fernandes Durning
<u>2707 NE 14 street #101</u>
<u>Pompano Beach – FL 33062</u>

Date:09/14/23

To,
Honorable judge Wendy Berger
Orange County

RE: Brian Patrick Durning


Dear Judge Berger my name is Marian Fernandes Durning, I've known Brian since 2005, we got married in 2007.
I was a widow at the time and Brian was nothing but a gentleman, nice, and protective of me. When I met Brian he owned his own business, doing well financially. He was dedicated, hard worker, and was successful.
After we married, we moved to New York. He started to work for a company relatively new in the Northeast region. He was doing the same line of work that he did in his own company. Even though working with a new product in the region, he did well as a sales person.
After that he tried his hand at his dream job, which was in the financial world, however; financially that took a toll on us and our marriage. Eventually we separated and recently we got divorced. We've remained friends and communicate often, supporting each other since our separation. I'm still part of his family and am on good terms with my former in-laws, and get together for holidays and travel with them for vacations. He and I have the same family oriented values and we are connected as a family inspite of our divorce.

Recently Brian got his real estate license in California, and again with his perseverance, started a new carrier. He was doing well with friends and family support. I am writing this letter to vouch for Brian, whom I still care for, that he is a responsible person and has many dreams yet to accomplish in life. The Brian I know, is very focused and hardworking.

Your honor, this letter is to try and provide some insight into Brian Durning's being and character. I thank you for your time and for taking these brief words into consideration.

Sincerely,

Marian Fernandes Durning