# EXHIBIT J

- ```
  DL RLOC          HPPU6Q
  CREATION DATA:           21:08 Z    DATE  27 MAY 2022     DUTY CODE  GS     SIGNATURE  WW     CITY  LAX
                   AGENT SET: 24D322    SECURITY ID: D006217
  THIS PNR: WAS ORIGINATED BY AGENT-SET
  PASSENGER NAMES: 01DURNING/BRIANPATRICK
  PHONE:
  TICKET/INVOICE NUMBER DATA
   1.01 DURNING/BRIANPATRICK        0062319278055        27MAY22 E
  TICKETING:  TK/TE/0208P/27MAY
  TKI DATA                         B/                 -A/102000
  FOP REMARKS   1 FOR    1 PSGRS /FOPA/CAX37373G0LPZT3006/04-24//USD0.00
  FOP REMARKS   2 FOR    1 PSGRS AP/*155322/USD11.20/0208P 27MAY22
                                         NMNBR NMRMK                  NAME W/BLANKS
  NAME REMARK FOP-  1 AP-  2        1.01                AWARD 102000   DURNING/BRIAN PATRICK
  REMARKS
      -IPAP-138.229.239.39*PDWDC** / 2108Z27MAY22
      /TBM MAIL TO
      /MARK DIAL
      /107 PRIMROSE DRIVE
      /LONGWOOD FL 32779
      /TBM BILL TO-
      /MARK DIAL
      /107 PRIMROSE DRIVE
      /*
      /LONGWOOD FL 32779
      /
  SPCL RMKS DATA
      ***PASSENGER DECLINED ELITE COMP UPGRADE***
      ***PASSENGER DECLINED COMFORT PLUS UPGRADE***
      IROP-2954/23JUN22LAXMCO2336/FLT DLYD-0252Z DLN 00001
      PAX HBA RES IS CNXLD PER INCIDENT ON BOARD A/C
      PAX WILL NOT BE ABLE TO TRVL PENDING INVESTIGATION
      PAX FATHER WHO IS A PM CALLED TO OBTAIN
      MORE INFO ABOUT ABOVE RMKS/PHBA NO MORE
      INFO AVAIL AND RE-ADV OF ABOVE
      RMKS/CVG/E8/25JUN22
      -25JUN22/1922Z/E8/SU/CVG -AXIS
  FACTS
      OSI TYPE A
      OSI DL                -DURNING/BRIANPATRICK
      SSRCTCEDLHK1/                     -1DURNING/BRIANPATRICK
      SSRCTCMDLHK1/            -1DURNING/BRIANPATRICK
      OSI DL CTC/
      SSRFQTRYYHK/
      ITINERARY:          CARRIER   FLT #    CLASS    FLT DATE    ORG  DST   STATUS   NBR  DPT TIME      ARR TIME     RD
                          DL        2954     SW    23 JUN 2022    LAX  MCO   NN/HK    01   11:36 PM       7:32 AM+1   RN
                          SEAT      2954           23 JUN 2022    LAX  MCO   CI/ON    12D  DURNING/BRIANPATRICK

  HISTORY
      AG  SSRFQTRYYHK/
      AG  OSI TYPE A
      AF  OSI DL            -DURNING/BRIANPATRICK
      AG  SSRCTCEDLHK1/                     1DURNING/BRIANPATRICK
      AG  SSRCTCMDLHK1/              DURNING/BRIANPATRICK
      AG  OSI DL CTC/
      AT   1100P/27MAY
      AS  DL   2954    SW  23 JUN 2022   LAX  MCO   NN/SS  01  11:36 PM   7:32 AM+1  RN
      AS  DL   1641    SW  27 JUN 2022   MCO  LAX   NN/SS  01   7:00 AM   9:15 AM    RN
      AV  00001 LAXMCO LAXMCO 0400 -4999 LAXMCO 0400 **         00365 W2  -0399 WX        M  00000 0000 00000 0000 00
          94 0400
      AV  00002 MCOLAX MCOLAX 0400 -4999 MCOLAX 0400 **         00365 W2  -0399 WX        M  00000 0000 00000 0000 00
          94 0400
      A$  4P  A-USD     0.00 TX  11.20        TTL     11.20 WW27MAY
      AC   A LAX DL ORL0.00SSM510/FFC11 DL LAX0.00SSM510/FFC11 USD0.00END
      AT  E/
      SR  SPCL-***PASSENGER DECLINED ELITE COMP UPGRADE***
      SR  SPCL-***PASSENGER DECLINED COMFORT PLUS UPGRADE***
      PS  LAX  DL A         LAX       GS WW LAXUSLAX  DL  LAX  US S
  27 MAY 2022  2108 Z      D006217     24D322 LAXGSWWLAX  US
      AF  DOCS*DURNING/BRIANPATRICK*/////31MAY71/M//DURNING/BRIAN/PATRICK
      AF  DOCO*DURNING/BRIANPATRICK*/K/TT11748BQ
  27 MAY 2022  2108 Z      D006217     24D322 LAXGSWW
      XT  TLT-1100P/27MAY
      AT  TE/1200N/27MAY
      XD  D/
  27 MAY 2022  2108 Z      D006217     24D338 LAXGSWW
      XT  TKTD-TE/1200N/27MAY
      AT  TK/TE/0208P/27MAY
      TI  0062319278055     BEDURNING/BRIANPATRICK
      TX  TKT NBR 0060871616148     27MAY22 A DURNING/BRIANPATRICK
  27 MAY 2022  2108 Z      D006217     24D338 LAXGSWW
      AS   SEAT    /RS 12D  DURNING/BRIANPATRICK        DL2954 23JUN LAXMCO
  ```

```
27 MAY 2022   2108 Z       D027858      38953A ATLSUBC
     AS   SEAT   /RS 13C  DURNING/BRIANPATRICK       DL1641 27JUN MCOLAX
27 MAY 2022   2108 Z       D027858      389F29 ATLSUBC
     QP   QR-XJU/004
27 MAY 2022   2139 Z       D010662      05ED23 ATLGSAX
          PSGR DURNING/BRIANPATRICK
     AB   BAG DL2954/23JUN LAXMCO MCO NOBAG
23 JUN 2022   2156 Z       D014357      1D2428 LAXFTWW
     SC   SEAT RS/CV 12D  DURNING/BRIANPATRICK       DL2954 23JUN LAXMCO
BP/BCN   FT WW LAX  23JUN2156Z D014357 3CFD12
     SC   DL     2954     SW  23 JUN 2022   LAX  MCO    NN/HK    01  11:36 PM     7:32 AM+1  RN
IROP-ADD  FT FT OSS 24JUN0252Z
     SC   SEAT CV/ON 12D  DURNING/BRIANPATRICK       DL2954 23JUN LAXMCO
A@O LAX PD/KJ 24JUN0627Z 153085 370B12
     SC   DL     2954     SW  23 JUN 2022   LAX  MCO    NN/HK    01  11:36 PM     7:32 AM+1  RN
IROP-ADD  FT FT OSS 24JUN0736Z
     XS   DL     1641     SW  27 JUN 2022   MCO  LAX    NN/HK    01   7:00 AM      9:15 AM    RN
     XS   SEAT RS/XR 13C  DURNING/BRIANPATRICK       DL1641 27JUN MCOLAX
     X$   4P   A-USD      0.00 TX   11.20        TTL     11.20 WW27MAY
     XC    A LAX DL ORL0.00SSM510/FFC11 DL LAX0.00SSM510/FFC11 USD0.00END
     XE    A-USD AY-11.20/
     XD   E/A-*VALID ON DL/SM OAL
     PS   MCO  DL A        MCO       PD SW MCOUSMCO  DL   LAX  US S
24 JUN 2022   1353 Z      766156      9CE939 MCOPDSWLAX  US
```