# EXHIBIT K

# Orlando Police Department
## CASE REPORT
1250 W South St
Orlando, FL 32805

CASE# **2022-00218463**

| | | |
|---|---|---|
| **LOCATION OF OCCURRENCE**<br>9602 JEFF FUQUA BLVD | | **OCCURRED INCIDENT TYPE**<br>Battery |
| **REPORTING DATE**<br>06/24/2022 07:57 | **REPORTING OFFICER**<br>13873 - POMALES, JUAN | **OCCURRED FROM DATE/TIME**<br>06/24/2022 07:57    **OCCURRED THRU DATE/TIME**<br>06/24/2022 07:57 |

### OFFENSES

| # | STATUTE/DESCRIPTION | COUNTS | ATTEMPT/COMMIT |
|---|---|---|---|
| 01 | BATTERY | 1 | Commit |
| 02 | | | |

### NARRATIVE

On 6/24/2022 at approximately 07:57 hours, I, Officer Juan C. Pomales (13873) responded to Gate 77 (Delta) in regards to a battery that took place inside an inbound flight. Upon arrival I met with Officer Brain Pina (12341), who was working an extra duty detail for Delta Airlines at Gate 77.

Officer Pina advised me that he met with Complainant ▇▇▇▇▇▇, who verbally advised him that while onboard flight 1641 (Delta Airlines) from Los Angeles to Orlando, she observed an altercation between Witness ▇▇▇▇▇▇ and Suspect Brian P. Durning. Witness and suspect were sitting next to each other. Witness ▇▇▇▇ then advised Complainant ▇▇▇▇ that the suspect tried to touch her leg and also touched Victim ▇▇▇▇ left leg. Victim ▇▇▇▇▇▇. Complainant ▇▇▇▇ didn't see when the suspect touched ▇▇▇▇ leg, who was also sitting next to the suspect.

Contact was also made with Victim ▇▇▇ who confirmed the suspect touched her leg. Witness ▇▇▇ stated that she observed when the suspect touched the victim and she switched seats with her (victim). The suspect then tried to touch the witness' leg and she engaged in a verbal altercation with him (suspect).

Suspect Durning advised he drank some wine and fell asleep and doesn't know what the complainant, witness or victim are talking about.

Based on the fact the incident took place while in transit from Los Angeles to Orlando, the Federal Bureau of Investigation was summoned for jurisdictional purposes. Special Agent Tony Helicio responded and the investigation was turned over to him.

---

I swear or affirm the above statements are correct and true.

Signature

Sworn to and subscribed before me, the undersigned authority,
This_____ day of _____, _____. _____

☐ Notary Public    ☐ Law Enforcement Officer    Emp # _____    Orlando Police Department

Officer Name/ID # (Print)

# Orlando Police Department
## CASE REPORT

1250 W South St
Orlando, FL  32805

CASE# **2022-00218463**

## SUBJECTS

| SUBJECT | | | |
|---|---|---|---|
| JACKET/SUBJECT TYPE | Adult **Suspect** | NAME (LAST, FIRST, MIDDLE SUFFIX) | **Durning, Brian Patrick** |
| DOB | AGE or AGE RANGE **51** | ADDRESS (STREET, CITY, STATE, ZIP) | **107 Primrose DR Longwood, FL 32779** |
| RACE **White** | | SEX **Male** | HEIGHT or RANGE / WEIGHT or RANGE / HAIR / EYE |
| DL NUMBER/STATE **CA  Y**▮ | | PRIMARY PHONE **Cellular Phone (954)**▮ | PHONE #2 / PHONE #3 |

[Redacted content]

| SUBJECT | | | |
|---|---|---|---|
| JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE SUFFIX) | |
| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | |
| RACE | | SEX | HEIGHT or RANGE / WEIGHT or RANGE / HAIR / EYE |
| DL NUMBER/STATE | | PRIMARY PHONE | PHONE #2 / PHONE #3 |

| SUBJECT | | | |
|---|---|---|---|
| JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE SUFFIX) | |
| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | |
| RACE | | SEX | HEIGHT or RANGE / WEIGHT or RANGE / HAIR / EYE |
| DL NUMBER/STATE | | PRIMARY PHONE | PHONE #2 / PHONE #3 |