# EXHIBIT L

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.

CASE NO: 6:22-cr-102-WWB-RMN

BRIAN PATRICK DURNING

| JUDGE: | Wendy W. Berger | COUNSEL FOR GOVERNMENT: | Michael Felicetta<br>Courtney Richardson-Jones |
|---|---|---|---|
| DEPUTY CLERK: | Regina Fermer | COUNSEL FOR DEFENDANT: | Jeremy Lasnetski<br>John Gihon |
| COURT REPORTER: | Heather Suarez<br>heathersuarez.usocr@gmail.com | PRETRIAL/PROBATION: | Omayra Hernandez |
| SCHEDULED DATE/TIME: | September 26, 2023<br>3:48pm-6:12pm<br>**Total time: 2 hours, 24 mins.** | INTERPRETER: | Not Required |

## MINUTES ON SENTENCING

Defendant placed under oath.

The Court GRANTS the Unopposed motion to Dismiss Counts I and III on Double Jeopardy Grounds (Doc. 138). Counts One and Three are dismissed.

███████████ makes unsworn statement.
Z.B. makes unsworn statement.
Mary Ann Dial makes unsworn statement.
Chris Luscher makes unsworn statement.
David Hammett makes unsworn statement.

**SENTENCE IMPOSED as to Count Two of the Superseding Indictment.**

**INCARCERATION**: SIXTY (60) MONTHS.

**SUPERVISED RELEASE**: 3 years.
    *Special conditions of supervised release:*
    Mandatory drug testing requirements are imposed.
    Drug aftercare conditions imposed.
    Mental health treatment conditions imposed.
    Defendant shall cooperate in the collection of DNA.
    Defendant shall participate in a mental health treatment program specialized for sex offenders.
    Defendant shall have no direct contact with minor children.
    Defendant shall have no contact, direct or indirect, with the identified victim or victim's family.

- 2 -

**FINE:** waived.

**SPECIAL ASSESSMENT:** $100.00 is due immediately.

**RESTITUTION:** *Deferred. Parties are to let the Court know if a hearing is required.

The defendant is **remanded** to the custody of the United States Marshal.

The Court recommends to the Bureau of Prisons that the defendant be placed at facility closest to Orlando, Florida, or if not available, then any facility in the state of Florida. The Court recommends that the defendant participate in the Residential Drug Abuse Program (RDAP) and any other alcohol abuse and mental health programs available.

Defendant advised of right to appeal.

Case 2:22-cv-00190-JLB-␣␣␣ Document 23-146 Filed 08/16/23 Page 3 of 3 PageID 9585