# EXHIBIT M

| | |
|---|---|
| **From:** | Jeremy Lasnetski <jeremy@lglawflorida.com> |
| **Sent:** | Monday, April 15, 2024 2:53 PM |
| **To:** | Grace, Kathryn A. |
| **Cc:** | Gallagher, Leah; Melvani, Nicole T. |
| **Subject:** | Re: Brian Durning |

**EXTERNAL EMAIL** This email originated from outside the organization.

I believe he is planning on moving back to Florida when he gets out.
Most of his family and friend connections are in Florida.

Sincerely,

Jeremy Lasnetski
Lasnetski Gihon Law
121 W. Forsyth St., #520
Jacksonville, FL 32202
(904) 642-3332

On Mon, Apr 15, 2024 at 10:20 AM Grace, Kathryn A. <Kathryn.Grace@wilsonelser.com> wrote:
> Hi Jeremy,
>
> Thank you. Do you know if he intends to return to Florida after incarceration? Said differently, does he have any connections to California any longer?
>
> That is the determinative issue for jurisdiction. We believe based on our research he intends to return to Florida and removed the case to federal court based on that good faith belief. Plaintiff maintains he intends to return to California and moved to remand.
>
> Thank you again for responding.
>
> Kathryn A. Grace
> Wilson Elser
> Direct: 703-852-7869
> Cell: 703-855-1158
> Admitted in VA, MD, DC, WV & NC
>
>> On Apr 15, 2024, at 10:06 AM, Jeremy Lasnetski <jeremy@lglawflorida.com> wrote:
>>
>> **EXTERNAL EMAIL** This email originated from outside the organization.
>>
>> Good morning,
>>  I believe that Mr. Durning intends to represent himself in that matter at this point.
>>
>> Sincerely,

Jeremy Lasnetski
Lasnetski Gihon Law
121 W. Forsyth St., #520
Jacksonville, FL 32202
(904) 642-3332


On Thu, Apr 11, 2024 at 12:24 PM Grace, Kathryn A. <Kathryn.Grace@wilsonelser.com> wrote:

> Mr. Lasnetski:
>
> Good afternoon,
>
> I am counsel for Delta Air Lines in a lawsuit filed against your client Brian Durning as well as Delta. I understand he was recently served with the California lawsuit. Do you know who will represent him in the civil action?
>
> We would appreciate the opportunity to speak with you about this matter. We will try to call your number which we have as 906-642-3332. I will be calling from a 703 number.
>
> Thank you in advance for any help you can provide us in attempting to speak with the lawyer that will represent Mr. Durning in the civil matter pending in California.
>
> Kathryn A. Grace
> Attorney at Law
> Wilson Elser Moskowitz Edelman & Dicker LLP
> 227 West Trade Street, Suite 300
> Charlotte, NC 28202
> 704.302.1291 (Direct)
> 703.855.1158 (Cell)
> 704.302.1330 (Main)
> 704.302.1331 (Fax)
> kathryn.grace@wilsonelser.com
>
> 
>
> ```
> IMPORTANT NOTICE: Beware of Cyber Fraud.
> You should NEVER wire money to any bank account that Wilson Elser
> Moskowitz Edelman & Dicker LLP provides to you either in the body
> of this or any email or in an attachment without first speaking
> with the attorney in our office who is handling your transaction.
> ```

> Further, DO NOT accept emailed wire instructions from anyone else
> without voice verification. Even if an email looks like it has come
> from this office or someone involved in your transaction,
> CALL US FIRST AT A NUMBER YOU KNOW TO BE CORRECT FOR THIS OFFICE
> to verify the information before wiring any money.
> Failure to do so is at your own risk.
> Be particularly wary of any request to change wire instructions
> you have already received.
>
> CONFIDENTIALITY NOTICE: This electronic message is intended to be
> viewed only by the individual or entity to whom it is addressed.
> It may contain information that is privileged, confidential and
> exempt from disclosure under applicable law. Any dissemination,
> distribution or copying of this communication is strictly prohibited
> without our prior permission. If the reader of this message is not
> the intended recipient, or the employee or agent responsible for
> delivering the message to the intended recipient, or if you have
> received this communication in error, please notify us immediately by
> return e-mail and delete the original message and any copies of it
> from your computer system.
>
> For further information about Wilson, Elser, Moskowitz, Edelman &
> Dicker LLP, please see our website at www.wilsonelser.com or refer to
> any of our offices.
>
> Thank you.

IMPORTANT NOTICE: Beware of Cyber Fraud.
You should NEVER wire money to any bank account that Wilson Elser
Moskowitz Edelman & Dicker LLP provides to you either in the body
of this or any email or in an attachment without first speaking
with the attorney in our office who is handling your transaction.
Further, DO NOT accept emailed wire instructions from anyone else
without voice verification. Even if an email looks like it has come
from this office or someone involved in your transaction,
CALL US FIRST AT A NUMBER YOU KNOW TO BE CORRECT FOR THIS OFFICE
to verify the information before wiring any money.
Failure to do so is at your own risk.
Be particularly wary of any request to change wire instructions
you have already received.

CONFIDENTIALITY NOTICE: This electronic message is intended to be
viewed only by the individual or entity to whom it is addressed.
It may contain information that is privileged, confidential and
exempt from disclosure under applicable law. Any dissemination,
distribution or copying of this communication is strictly prohibited
without our prior permission. If the reader of this message is not
the intended recipient, or the employee or agent responsible for
delivering the message to the intended recipient, or if you have
received this communication in error, please notify us immediately by
return e-mail and delete the original message and any copies of it
from your computer system.

For further information about Wilson, Elser, Moskowitz, Edelman &
Dicker LLP, please see our website at www.wilsonelser.com or refer to
any of our offices.

Thank you.