1
2
3
4
5
6
7
8        UNITED STATES DISTRICT COURT
9        CENTRAL DISTRICT OF CALIFORNIA
10
11  Z.B., a minor, and J.B., a minor, by their      Case No.   2:24-cv-06190-FLA (DFM)
    guardian, S.S., and S.S., an individual,
12
                        Plaintiffs,               **[PROPOSED] ORDER DENYING**
13                                                **PLAINTIFFS' MOTION TO**
          v.                                      **REMAND ACTION TO STATE**
14                                                **COURT [DKT. NO. 14]**
15  DELTA AIR LINES, INC.;
    BRIAN PARTRICK DURNING; and
16  DOES 1-5, inclusive,
17                        Defendants.
18
19        On August 2, 2024, Plaintiffs filed a Motion to Remand the Action to State Court
20  pursuant to 28 U.S.C. 1447(c) on the grounds that the Court lacks subject matter
21  jurisdiction because complete diversity between the parties does not exist. Dkt. No. 14
22  ("Motion to Remand"). Delta Air Lines, Inc. filed a Response in Opposition to the
23  Motion to Remand on August 16, 2024.
24        The court, having considered Plaintiffs' Motion to Remand and the Response in
25  Opposition thereto hereby DENYS the Motion to Remand.
26        The court finds that it has original jurisdiction of this matter pursuant to 28 U.S.C.
27  § 1332.
28

                                          1

The court finds, by a preponderance of evidence, that the parties are completely diverse because the plaintiffs and the defendants are citizens of separate states.

The court further finds, by a preponderance of evidence, that the amount in controversy exceeds the jurisdictional threshold of $75,000.

The court further finds that Delta Air Lines, Inc.'s Notice of Removal complied with the removal procedures of 28 U.S.C. §§ 1441 and 1446.

IT IS SO ORDERED.


Dated: _____

FERNANDO L. AENLLE-ROCHA
United States District Judge

300950481V.1