Brian Patrick Durning
Inmate Reg. No. 07785-510
Federal Correctional Institution
Fort Dix
P.O. Box 2000
Joint Base MDL, NJ 08640

Defendant Pro Se



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

---

Z.B., et al.,

    Plaintiffs;

vs.

Delta Airlines, Inc., et al.

    Defendants.

CASE NO. ~~2:22-24~~ 24-cv-06190-FLA-DFM

DEFENDANT DURNING'S MOTION TO VACATE
AND RESET SCHEDULING CONFERENCE

---

Brian Patrick Durning, Defendant pro se, respectfully requests the Court Vacate and Reset the above captioned case's scheduling conference ordered in ECF No. 17. Because Durning is just entering an appearance and he is incarcerated at the Federal Correctional Institution at Fort Dix, he and Plaintiff's counsel have not been able to confer as directed by Rule 26 of the Federal Rules of Civil Procedure. As a result, the requisite Joint Status Report and discovery plan will be impossible to generate in time. Moreover, Defendant Durning will not be able to attend, even telephonically, without an express order from this Court ordering the Federal Bureau of Prisons, Federal Correctional Institution, Fort Dix, Warden Rachel Thompson to make me telephonically available. The Federal Bureau of Prisons is critically understaffed and, as far as he understands it, will not accommodate civil case requests for pro se defendant appearances without a judicial order. Durning will also be filing a motion for such an order and a proposed order for the Court's consideration. Defendant Durning is not seeking this vacatur to unreasonably delay the proceedings or to prejudice any of the parties. Given this is the second removal to Federal Court in as many months, there is no discernible prejudice that the parties will suffer by resetting the Scheduling Conference.

WHEREFORE, Brian Patrick Durning, Defendant Pro Se, respectfully requests the Court GRANT this Motion, Vacate the current Scheduling Conference, which is set for September 6, 2024, and reset the Conference to a date that will reasonably permit counsel and Defendant Durning to engage in some form of communication to develop a Joint Scheduling Report and Discovery Plan.

Dated: 8/22/24

Respectfully Submitted,

Brian Patrick Durning

Z.B., et al.,

      Plaintiffs;

vs.

Delta Airlines, Inc., et al.

      Defendants.

CASE NO. ~~2:22-24~~ 24-CV-06190-FLA-DFM

DEFENDANT DURNING'S MOTION TO VACATE AND RESET SCHEDULING CONFERENCE

PROOF OF SERVICE

## PROOF OF SERVICE

I, the undersigned, am over the age of 18 years and not a party to the within action. My personal address is P.O. Box 2000, Joint Base MDL, NJ 08640.

On __8/22__, 2024, I caused to be served the following document(s) as follows:

1. Defendant Durning's Motion to Vacate Scheduling Conference

by depositing, in the federal institution's internal mailing system for delivery to the United States Post Office, an envelope addressed to counsel of record for each of the parties, with sufficient postage prepaid, and addressed as follows:

ATTORNEYS FOR PLAINTIFFS

Lewis Baach Khaufmann Middlemiss PLLC
Jessica R. Lobis Buckwalter
1050 K Street, NW, Suite 400
Washington, DC 20001

Agnifilo Law Group, APC
Karen Agnifilo
256 5th Ave.
New York, NY 10001

De Castro Law Group, P.C.
Jose-Manuel A. de Castro
7590 N. Glenoaks Blvd., Suite 201
Los Angeles, CA 91504

ATTORNEYS FOR DELTA

Kathryn A. Grace
Nicole T. Melvani
8444 Westpark Drive, Suite 510
McLean, VA 22102-5102

Dated: __8/22/24__

By: _____

Erik Khan
Inmate Reg. No. 66770-051
Federal Correctional Institution
Fort Dix
P.O. Box 2000
Joint Base MDL, NJ 08640

Brian Patrick Dunning #07785-138
FCI Fort Dix
PO Box 2000
JB MDL, NJ 08640

TRENTON NJ 085
23 AUG 2024 PM 6 L

RECEIVED
AUG 28 2024
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

US District Court
Attn: Clerk's Office
312 North Spring Street
Room G-8
Los Angeles, CA 90012-4701

90012-470199

