Brian Patrick Durning
Inmate Reg. No. 07785-510
Federal Correctional Institution
Fort Dix
P.O. Box 2000
Joint Base MDL, NJ 08640

Defendant Pro Se



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Z.B., et al.<br><br>    Plaintiffs;<br><br>v.<br><br>Delta Airlines, et al.<br><br>    Defendants. | Case No.: 2:24-cv-06190-FLA-DFM<br><br>DEFENDANT DURNING'S NOTICE<br>OF INDIGENCY AND OBJECTION<br>TO EXCESSIVE DAMAGES REQUEST |

TO ALL PARTIES AND ATTORNEYS OF RECORD, TAKE NOTICE THAT:

Defendant Brian Patrick Durning, proceeding pro se, hereby submits this notice to inform the Court and all parties of his current financial status and to object to the excessive damages sought by Plaintiffs in this matter.

I. FINANCIAL STATUS

1. Mr. Durning is currently incarcerated and serving a five-year prison sentence.

2. Mr. Durning's total cash assets amount to approximately $3,500.

3. Mr. Durning receives approximately $300 per month from family members to assist with his basic needs during his incarceration.

4. Mr. Durning has no significant assets beyond the mentioned cash assets.

5. Given these circumstances, Mr. Durning is effectively judgment proof.

II. OBJECTION TO EXCESSIVE DAMAGES

1. Plaintiffs have indicated it seeks more than $20,000,000 in compensatory and punitive damages from Mr. Durning specifically.

2. Such an amount is grossly disproportionate to Mr. Durning's ability to pay and to the actual damages that could have reasonably occurred.

3. The Supreme Court has consistently held that excessive punitive damages can violate due process. In BMW of North America, Inc. v. Gore, 517 U.S. 559 (1996), the Court emphasized that punitive damages must be reasonable and proportionate to the actual harm suffered.

4. Furthermore, in State Farm Mutual Automobile Insurance Co. v. Campbell, 538 U.S. 408 (2003), the Court suggested that punitive damages exceeding a single-digit ratio to compensatory damages are generally unconstitutional.

5. While these cases primarily addressed punitive damages, the principles of proportionality and due process they embody are relevant to the total damages sought in this case.

6. Given Mr. Durning's extremely limited financial resources, any award approaching the amount sought by Plaintiffs would be unconstitutionally excessive and violate due process principles.

7. The demand for such astronomical damages against an indigent defendant raises serious questions of fairness and proportionality, which are central to due process considerations.
considerations.

III. CONCLUSION

Mr. Durning respectfully requests that the Court and all parties take NOTICE of his financial status in any further proceedings or settlement discussions. Furthermore, Mr. Durning objects to the excessive damages sought by Plaintiffs as violative of due process principles established by Supreme Court precedent.

Respectfully submitted,

_____
Brian Patrick Durning, Pro Se

Date: 08/26/2024

PROOF OF SERVICE

I, the undersigned, am over the age of 18 years and not a party to the within action. My personal address is P.O. Box 2000, Joint Base MDL, NJ 08640.

On _____8/26_____, 2024, I caused to be served the following document(s) as follows:

1. DEFENDANT DURNING'S MOTION TO STRIKE PLAINTIFFS' MOTION TO REMAND FOR RULE 5 VIOLATION
2. DEFENDANT DURNING'S NOTICE OF INDIGENCY AND OBJECTION TO EXCESSIVE DAMAGES

by depositing, in the federal institution's internal mailing system for delivery to the United States Post Office, an envelope addressed to counsel of record for each of the parties, with sufficient postage prepaid, and addressed as follows:

ATTORNEYS FOR PLAINTIFFS

Lewis Baach Khaufmann Middlemiss PLLC
Jessica R. Lobis Buckwalter
1050 K Street, NW, Suite 400
Washington, DC 20001

Agnifilo Law Group, APC
Karen Agnifilo
256 5th Ave.
New York, NY 10001

De Castro Law Group, P.C.
Jose-Manuel A. de Castro
7590 N. Glenoaks Blvd., Suite 201
Los Angeles, CA 91504

ATTORNEYS FOR DELTA

Kathryn A. Grace
Nicole T. Melvani
8444 Westpark Drive, Suite 510
McLean, VA 22102-5102

Dated: _____8/26/24_____

By: _____[signature]_____

Erik Khan
Inmate Reg. No. 66770-051
Federal Correctional Institution
Fort Dix
P.O. Box 2000
Joint Base MDL, NJ 08640

Brian Duenning #97705-510
FCI Fort Dix
PO Box 2000
JB MDL, NJ 08640

2

U.S. District Court
Attn: Clerk of the Court
312 N. Spring Street
Room G-8
Los Angeles, CA 90012-4701

RECEIVED
CLERK, U.S. DISTRICT COURT
SEP - 4 2024
CENTRAL DISTRICT OF CALIFORNIA
BY               DEPUTY

