

**United States District Court**
Central District of California
**Office of the Clerk**

Natasha Alexander-Mingo
Chief Probation & Pretrial Services Officer
255 East Temple Street, Suite 1410
Los Angeles, CA 90012-1565

**Benjamin Medina**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**Brian D. Karth**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**Maya Roy**
Chief Deputy of Operations
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

February 18, 2025

LOS ANGELES COUNTY SUPERIOR COURT
825 MAPLE AVENUE
TORRANCE, CA 90503

Re: Case Number: ____2:24-cv-06190-FLA-DFM____
Previously Superior Court Case No. ____24TRCV00333____
Case Name: ____Z.B. et al v. Delta Air Lines, Inc. et al____

Dear Sir/Madam:

Pursuant to this Court's ORDER OF REMAND issued on ____2/18/2025____, the above-referenced case is hereby remanded to your jurisdiction.

Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to the location shown below. Thank you for your cooperation.

United States Courthouse
255 East Temple Street, Suite TS134
Los Angeles, CA 90012

> FILED
> CLERK, U.S. DISTRICT COURT
> MAR − 6 2025
> CENTRAL DISTRICT OF CALIFORNIA
> BY

Respectfully,

Clerk, U.S. District Court

By: /s/ *Linda Chai*
Deputy Clerk
Linda_Chai@cacd.uscourts.gov

*Encls.*
*cc: Counsel of record*

---

Receipt is acknowledged of the documents described above.

MAR 0 3 2025
_____
Date

Clerk, Superior Court

By: ____C. Nava____
Deputy Clerk

---

G-17 (06/24)   LETTER OF TRANSMITTAL − REMAND TO SUPERIOR COURT

Los Angeles County Superior Court

825 Maple Avenue

Torrance, CA 90503

